## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRGIL SCHION,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | No. MO:20-CV-00291-RCG |
| **SOUTHERN CONNECTIONS** § | |
| **& SERVICES, INC.,** § | |
| *Defendant.* § | |

### ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

BEFORE THE COURT is Plaintiff Virgil Schion and Defendant Southern Connections & Services, Inc.'s (collectively, "parties") Joint Motion for Court Approval of Settlement Agreement. (Docs. 15, 17). After due consideration, the Court **GRANTS** the parties' Joint Motion for Court Approval of Settlement Agreement. (Docs. 15, 17).

Plaintiff alleges that Defendant violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, by failing to pay him an overtime premium for hours worked in excess of forty hours in a workweek. (Doc. 1). On May 6, 2021 the Court granted the Defendant's Unopposed Motion for Leave to File Sealed Document. (Text Order dated May 6, 2021). Subsequently, the parties' filed a Consent to Trial by United States Magistrate Judge (Doc. 18) and the Sealed Settlement Agreement was docketed (Docs. 17, 17-1). The parties now move the Court to approve their Settlement Agreement. (Docs. 15, 17).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 17-1).

It is therefore **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement is **GRANTED**. (Docs. 15, 17).

Further, the Settlement Agreement is **APPROVED**. (Doc. 17-1).

It is so **ORDERED**.

SIGNED this 13th day of May, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE